IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANIEL BARKLEY, as personal
Administrator of the Estate of Carla
Jean Baker, Deceased                                              PLAINTIFF

v.                              No. 3:18-cv-51-DPM

SPIRIT TRUCK LINES, INC.;
and DOVE EQUIPMENT LLC                                           DEFENDANTS

## ORDER

Unopposed motion, № 6, granted. Barkley's lawyer dropped the ball on service because of a miscommunication with his assistant. But the Defendants know about the case. And the law prefers a decision on the merits. All material things considered, the Court finds good cause to reopen and extend the time for service until 14 September 2018.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

13 July 2018