IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANIEL BARKLEY, as Personal
Administrator of the Estate of Carla
Jean Baker, Deceased                                                    PLAINTIFF

v.                          No. 3:18-cv-51-DPM

SPIRIT TRUCK LINES, INC.; and
DOVE EQUIPMENT, LLC                                                     DEFENDANTS

## ORDER

The parties have notified the Court that they have settled. Congratulations. The joint motion, № 15, is granted. The Court will dismiss the case with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

3 April 2019