IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANIEL BARKLEY, as Personal
Administrator of the Estate of Carla
Jean Baker, Deceased                                              PLAINTIFF

v.                          No. 3:18-cv-51-DPM

SPIRIT TRUCK LINES, INC.; and
DOVE EQUIPMENT, LLC                                               DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2019